## United States District Court
### Violation Notice

**CVB Location Code:** NG-16

**Violation Number:** X 0589389

**Officer Name (Print):** 678-721-6785 TERRELL S STOVES

**Officer No:** 886

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10/04/2005 1500

**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 327.12c

**Place of Offense:** COOPER'S FURNACE DAY USE, BARTOW, ALLATOONA

**Offense Description:** DISORDERLY CONDUCT

### DEFENDANT INFORMATION

**Phone:** (404) 317-7224

**Last Name:** WILSON

**First Name:** RICHARD

**M.I.:** B

**Street Address:** PO BOX 311

**City:** ADAIRSVILLE

**State:** GA

**Zip Code:** 30103

**Date of Birth (mm/dd/yyyy):** 07-24-1946

**Drivers License No:** 040763997

**DL State:** GA

**Social Security No:** 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

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Height: 6'   Weight: 225

### VEHICLE DESCRIPTION

**Tag No:** BW36C3   **State:** GA   **Year:** 03   **Make/Model:** FORD - F150   **Color:** TAN

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US DISTRICT COURT ROOM 326 FEDERAL BLDG ROME, GA 30161

**Date (mm/dd/yyyy):** _____

**Time (hh mm):** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original CVB Copy

CVB Probable Cause
Case 4:06-mj-00004-WEJ   Document 1   Filed 01/10/06   Page 2 of 2
Location: NG16 Citation: X0589389 SIDE: B
Page 1 of 1

New Citation Search   New Hearing Search

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on __4 OCTOBER__, 20 __05__ while exercising my duties as a law enforcement officer in the __16__ District of __N 6A__

I WITNESSED MR. RICHARD WILSON STANDING NEXT TO A WHITE FORD F150 WITH HIS ARM IN THE DRIVER'S SIDE WINDOW MOVING UP + DOWN. IT APPEARED HIS HAND WAS IN THE DRIVER'S CROTCH. WHEN I APPROACHED THE MEN MR. WILSON QUICKLY REMOVED HIS ARM + THE DRIVER ADJUSTED + ZIPPED UP HIS PANTS.

BOTH MEN ADMITTED THAT THE DRIVER'S PANTS WERE DOWN & MR. WILSON WAS RUBBING SAID DRIVER'S CROTCH.

THESE EVENTS OCCURRED ON THE ROADSIDE IN A PARKING PLACE AT THE COOPER'S FURNACE GATES.

The foregoing statement is based upon
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on __10/4/05__   _____ Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U S Magistrate Judge

CVB Scan 10/14/2005 10 11 27